Rowena T. GRUMBINE, M.D. and Blair Medical Associates, Inc.

Petition of Blair Medical Associates, Inc.

Supreme Court of Pennsylvania.

May 23, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of May, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issues are:

(1) Is it ever within the discretion of a trial judge to instruct the jury in a medical malpractice case that a doctor is not liable for a nonnegligent error of judgment?

(2) Was the Supreme Court's retroactive application to the present case of the rule it announced in *Pringle v. Rapaport*[,] 980 A.2d 159 (Pa.Super.2009) (en banc), contrary to the Supreme Court's decision in *Cleveland v. Johns–Manville Corp.*[,] 547 Pa. 402, 690 A.2d 1146 (1997)?

Eric R. LINDE, derivatively on behalf of Linde Enterprises, Inc.,

v.

Scott F. LINDE, Barbara Linde Bold, Lackawanna Land & Energy Inc., Total Landscaping Inc., Linde International Inc., Pocono Consolidated Utilities Inc., Forest City Partnership, Allen Sorchek, John Piepoli, John Bold, and Linde Enterprises Inc.

Appeal of Scott F. Linde, Barbara Linde Bold, Linde Enterprises Inc., and Non–Parties BSL, Linde Corp. and McGrail Merkel Quinn & Associates.

Supreme Court of Pennsylvania.

Argued May 9, 2012.

Decided May 23, 2012.

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**